IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. HAMPTON, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALKIRE, et al.,<br><br>    Defendants. | No. 2:22-CV-1418-DJC-DMC-P<br><br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion to dismiss. See ECF No. 24.

        Defendants' motion to dismiss was filed on October 2, 2023. See ECF No. 21. A review of the docket reflects that, since that date, Plaintiff has been transferred to different institutions on three separate occasions. See ECF Nos. 22, 23, and 24 (notices of change of address). Given that Plaintiff may have not received Defendants' motion at his address at the time the motion was served, and given Plaintiff's most recent transfer on January 5, 2024, the Court finds good cause to direct Defendants to re-serve their motion to dismiss at Plaintiff's current address of record, and to grant Plaintiff's motion for an extension of time to respond to Defendants' motion.

///

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendants are directed to re-serve their motion to dismiss at ECF No. 21 on Plaintiff at his current address of record and to file proof of re-service within seven days of the date of this order.

2. Plaintiff's motion for an extension of time, ECF No. 24, is GRANTED.

3. Plaintiff's opposition to Defendants' motion to dismiss is due within 60 days of the date of this order.

Dated: January 31, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE