**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY G. HAMPTON, JR., | No. 2:22-CV-1418-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ALKIRE, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On June 13, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.[1]

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1]     In his objections, Plaintiff also seeks leave to amend.  <u>See</u> ECF No. 35.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed June 13, 2024, ECF No. 28, are adopted in full.

2. Defendants' unopposed motion to dismiss and sever mis-joined claims, ECF No. 21, is GRANTED.

3. Claim I is severed from Claim II which shall proceed in the context of a separate action.

4. The Clerk of the Court is directed to file the original complaint in this case at ECF No. 1 as a separate action which shall proceed on Claim II.

5. The original complaint in this action is dismissed as to Claim I with leave to amend to allege an actual injury.

6. Plaintiff shall file a first amended complaint in this action as to Claim I within 30 days of the date of this order.

7. Plaintiff's motion for leave to amend, ECF No. 35, is DENIED as unnecessary.

8. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 13, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2