IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. HAMPTON, JR.,<br><br>       Plaintiff,<br><br>   v.<br><br>ALKIRE, et al.,<br><br>       Defendants. | No.  2:22-CV-1418-DJC-DMC-P |
| GARY G. HAMPTON, JR.,<br><br>       Plaintiff,<br><br>   v.<br><br>ALKIRE, et al.,<br><br>       Defendants. | No.  2:24-CV-2504-CSK-P |

ORDER

On September 16, 2024, the Court issued an order severing Claim I and Claim II, both originally presented in Hampton v. Alkire, et al., 2:22-cv-1418-DMC-DMC-P (Hampton I), and directing that Claim II proceed as a separate action, which has been opened as Hampton v. Alkire, et al., 24-cv-2504-CSK-P (Hampton II).  See ECF No. 41 in Hampton I.  Consistent with the Court's practice, the Court will herein direct that Hampton II be reassigned to the same judges

1

assigned to Hampton I.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to assign Hampton II to the same District Judge and Magistrate Judge assigned to Hampton I.

2. The Clerk of the Court is directed to make appropriate adjustments in the assignment of civil cases to compensate for the above assignment.

3. The Clerk of the Court is directed to terminate Carrillo, M. Carrillo, and Spearman as defendants in Hampton I, which proceeds as against Defendants Alkire, M. Spearman, and R. Sylva on Plaintiff's Claim I.

4. The Clerk of the Court is directed to terminate Alkire and R. Sylva as defendants in Hampton II, which proceeds as against Defendants Carrillo and Spearman on Plaintiff's Claim II.

5. This order resolves ECF Nos. 40 and 43 filed in Hampton I, as well as ECF No. 4 filed in Hampton II, and the Clerk of the Court is directed to terminate these filings as pending motions in the respective dockets.

Dated: October 31, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE