IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. HAMPTON, JR., | No. 2:22-CV-1418-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ALKIRE, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time, ECF No. 58, to file objections to the Court's June 18, 2025, findings and recommendations.

The findings and recommendations recommended that this action be dismissed without prejudice for Plaintiff's failure to comply with the Court's orders directing Plaintiff to file a first amended complaint. In his motion for an extension of time, Plaintiff seeks additional time to prepare and file his first amended complaint. Good cause appearing therefor, Plaintiff's motion for an extension of time will be granted. Should Plaintiff file a first amended complaint as previously directed within the time provided herein to file objections, the Court will vacate the June 18, 2025, findings and recommendations.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 58, is granted.

2. The parties may file objections to the Court's June 18, 2025, findings and recommendations within 30 days of the date of this order.

Dated: July 3, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE