IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY G. HAMPTON, JR., <br><br>Plaintiff, <br><br>v. <br><br>ALKIRE, et al., <br><br>Defendants. | No. 2:22-CV-1418-DJC-DMC-P <br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On September 16, 2024, the District Judge granted Defendants' unopposed motion to sever claims. See ECF No. 41. Specifically, the Court severed Claim I from Claim II. See id. The Court directed that Plaintiff's original complaint in this action be filed as a separate action which would proceed on Claim II, with the current action proceeding on Claim I only. See id. Claim I proceeds against Defendants Sylva, Alkire, and Spearman. See ECF No. 1. Claim II proceeds against Defendants Carrillo and Spearman. See id. Upon severance of the two claims, Carrillo was dismissed as a defendant to this action and a new action was filed as to Plaintiff's claims asserted against Defendants Carrillo and Spearman in Claim II. See Hampton v. Carrillo, et al., 2:24-cv-2504-DJC-DMC-P.

/ / /

1

1    As to Plaintiff's remaining Claim I in this case against Defendants Sylva, Alkire, and Spearman, the District Judge dismissed the original complaint with leave to amend. See ECF No. 41. Plaintiff was directed to file an amended complaint as to his claims against Defendants Sylva, Alkire, and Spearman within 30 days of the date of the District Judge's order. See id. As of June 18, 2025, Plaintiff failed to comply despite having been granted numerous extensions of time and the Court issued findings and recommendations that the action be dismissed for lack of prosecution and failure to comply with the September 16, 2024, order. See ECF No. 57. Plaintiff then filed an amended complaint on July 21, 2025. See ECF No. 60. Given Plaintiff's good faith, albeit late, compliance with the District Judge's order, the Court will vacate the June 18, 2025, findings and recommendations. The sufficiency of Plaintiff's amended complaint at ECF No. 60 will be addressed separately.

   Accordingly, IT IS HEREBY ORDERED that the findings and recommendations issued on June 18, 2025, ECF No. 57, are vacated.

Dated: October 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE