IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY G. HAMPTON, JR.,

        Plaintiff,

    v.

ALKIRE, et al.,

        Defendants.

No.  2:22-CV-1418-DJC-DMC-P

ORDER

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's motion for leave to amend, see ECF No. 67; and (2) Plaintiff's motions for an extension of time to file a first amended complaint, see ECF Nos. 68 and 69.

       Plaintiff initiated this action with a pro se complaint naming the following as defendants: (1) Alkire; (2) Carillo; (3) Spearman; and (4) Sylva. See ECF No. 1. Plaintiff presented two claims for relief. See id. Defendants responded to the complaint by way of a motion to dismiss arguing that Plaintiff's first claim for relief should be dismissed for failure to allege a physical injury as required under 42 U.S.C. § 1997e(e) and that Plaintiff's second claim is misjoined and should be severed. See ECF No. 21. The motion was ultimately granted by the District Judge. See ECF No. 41. As a result of the District Judge's order, this action proceeds on Plaintiff's first claim against Defendants Alkire, Spearman, and Sylva and a separate action was

1

opened as to Plaintiff's second claim against Defendants Carillo and Spearman. See id. (second action opened as Hampton v. Carillo, et al., E. Dist. Cal. Case No. 2:24-cv-2504-DJC-DMC-P). Plaintiff's claims against Defendants Alkire, Spearman, and Sylva, as presented in Plaintiff's first claim as to which this action proceeds, were dismissed with leave to amend. See ECF No. 41.

Because the Court has already granted Plaintiff leave to amend the original complaint, Plaintiff's current motion for leave to amend will be denied as unnecessary.  For good cause shown by Plaintiff's declaration indicating the need for additional time to file a first amended complaint due to temporary lack of access to his legal materials following a prison transfer, Plaintiff's motions for an extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1.     Plaintiff's motion for leave to amend, ECF No. 67, is denied as unnecessary.

2.     Plaintiff's motions for an extension of time, ECF Nos. 68 and 69, are granted.

3.     Plaintiff shall file a first amended complaint within 30 days of the date of this order.

Dated:  April 9, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2