**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

GARY G. HAMPTON, JR.,

Plaintiff,

v.

ALKIRE, et al.,

Defendants.

No. 2:22-cv-1418-DJC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion requesting the matter be set for a settlement conference. See ECF No. 75. Plaintiff's motion will be denied as both premature and unnecessary. The motion is premature because the matter has not yet been placed at issue with the filing of an answer. The motion is unnecessary because, consistent with the Court's practice, all prisoner civil rights cases are automatically referred to the Court's Early Alternative Dispute Resolution program upon the filing of an answer. Defendants' motion to dismiss, which is fully briefed, will be addressed by separate findings and recommendations.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a settlement conference, ECF No. 75, is denied.

**Dated: August 24, 2026**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE